IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NICOLE LEE MOORE, | : | No. 4:14-cv-01318 |
| Plaintiff, | : | |
| v. | : | (Judge Brann) |
| CVS RX SERVICES, INC., | : | |
| Defendant. | : | |

# **ORDER**

**AND NOW**, this 30th day of October 2015, **IT IS HEREBY ORDERED** that:

1. Defendant's Motion for Summary Judgment, ECF No. 20, is GRANTED.

2. The Clerk is directed to enter final judgment in favor of Defendant and against Plaintiff.

3. The Clerk is directed to close this case.

BY THE COURT:

/s Matthew W. Brann
Matthew W. Brann
United States District Judge